

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-29-1999

# Inter Med Sup Ltd v. EBI Med Sys Inc

Precedential or Non-Precedential:

Docket 98-5158

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

## Recommended Citation

"Inter Med Sup Ltd v. EBI Med Sys Inc" (1999). *1999 Decisions*. Paper 174.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/174

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 98-5158

Inter Medical Supplies v. EBI Medical Systems, Inc,

The following modifications have been made to the Court's Opinion issued on June 28, 1999     , to the above-entitled appeal and will appear as part of the final version of the opinion:


On page 46, footnote 5: in the second to last line, please change "his" to this.  On page 48, the second paragraph, fourth line from the bottom, please change "appellate court" to appellate courts.


Very truly yours,


/s/ P. Douglas Sisk,
    Clerk